IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,              ) | |
|                                                               ) | |
|        Plaintiff,         ) | |
|                                                               ) | |
|   v.                                              ) | C.A. No. 19-2083-NIQA-LAS |
|                                                               ) | |
| QUALCOMM INCORPORATED,          ) | |
| QUALCOMM TECHNOLOGIES, INC., and ) | |
| QUALCOMM CDMA TECHNOLOGIES  ) | |
| ASIA-PACIFIC PTE LTD.,                      ) | |
|                                                               ) | |
|        Defendants.    ) | |

**DEFENDANTS' NOTICE OF *INTER PARTES* REVIEW INSTITUTION DECISIONS**

Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc., and Qualcomm CDMA Technologies Asia-Pacific PTE LTD ("Qualcomm") filed a Motion to Stay Pending *Inter Partes* Review ("IPR") and accompanying brief in support on February 18, 2021. (D.I. 70, 71). Qualcomm respectfully notifies the Court that the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office has instituted review of three patents asserted by Plaintiff Monterey Research, LLC ("Monterey") against Qualcomm in the above-captioned action:

- U.S. Patent No. 6,534,805 (the "'805 Patent"). *See* Ex. A.
- U.S. Patent No. 6,651,134 (the "'134 Patent"). *See* Ex. B.
- U.S. Patent No. 6,765,407 (the "'407 Patent"). *See* Ex. C.

In its institution decisions, the PTAB determined that Qualcomm has demonstrated a reasonable likelihood that it would prevail in showing the unpatentability of at least one challenged claim of each patent, and has thus instituted review for all claims challenged by Qualcomm's petitions. *See* Ex. A at 2; Ex. B at 2; Ex. C at 2. The PTAB has scheduled Oral Arguments on

December 7, 2021, and is required by statute, 35 U.S.C. § 316(a)(11), to issue Final Decisions in these IPRs by no later than March 8, 2022.

The instituted IPR proceedings encompass all claims of the '805, '134, and '407 Patents asserted against Qualcomm in this case. In addition, Qualcomm's IPR petitions for the five remaining patents asserted against Qualcomm are also pending. These IPR proceedings are summarized in the table below:

| Patent | IPR No. | Institution Status | Asserted Claims Covered |
|---|---|---|---|
| 6,459,625 | 2021-00130 | Pending (decision expected by 6/17/21) | All asserted claims (Claim 10) |
| 6,534,805 | 2020-01491 | Instituted | All asserted claims (Claims 8, 12, 14, 16, 18, 20, 22-25, 27-28, 30, 53-57, and 59) |
| 6,642,573 | 2021-00125 | Pending (decision expected by 6/3/21) | All asserted claims (Claims 1, 9-11, and 20) |
| 6,651,134 | 2020-01492 | Instituted | All asserted claims (Claims 1-5, 9, 13, 14, and 16-18) |
| 6,680,516 | 2021-00119 | Pending (decision expected by 5/18/21) | All asserted claims (Claims 5, 7, and 11) |
| 6,765,407 | 2020-01493 | Instituted | All asserted claims (Claims 1, 3, 7-8, 10, and 14-15) |
| 7,572,727 | 2021-00120 | Pending (decision expected by 5/18/21) | All asserted claims (Claims 1 and 6) |
| 7,977,797 | 2021-00121 | Pending (decision expected 5/19/21) | All asserted claims (Claims 1-7) |

Qualcomm will apprise the Court of any institution decisions issued in these pending IPR petitions and any other relevant developments in the instituted IPR proceedings.

|  |  |
|---|---|
| OF COUNSEL:<br>David Nelson<br>Stephen A. Swedlow<br>Nathan Hamstra<br>Daniel Schwartz<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>Dated: March 9, 2021 | */s/ Jeff Castellano*<br>Karen E. Keller (No. 4489)<br>Jeff Castellano (No. 4837)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Qualcomm Incorporated, Qualcomm Technologies, Inc. and Qualcomm CDMA Technologies Asia Pacific Pte Ltd.* |